UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALBERTO DARDIZ,

    Plaintiff,

v.                                          Case No: 6:17-cv-1794-Orl-40KRS

AMAZULA TRANSPORT, INC.,

    Defendant.
_____/

## ORDER

This cause is before the Court following review of the Parties' Renewed Joint Stipulation for Dismissal without Prejudice (Doc. 26), filed February 1, 2018 in which the parties advise that they have not reached a settlement in this matter.

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

1. Plaintiff's claims against Defendant, as set forth in the Complaint (Doc. 1), are **DISMISSED without PREJUDICE**.

2. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 2, 2018.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties